# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**BOBBY ANTONIO ROMERO and**
**ROSARIO ROMERO, individually**
**and as next friends of ROBERT**
**JOSHUA ROMERO, a minor child,**

Plaintiffs-Appellants,

**v.**                                                                No. 29,304

**PB & J FAMILY SERVICES, INC.,**
**a New Mexico corporation, and**
**ANGIE VACHIO, individually and as**
**executive director of PB & J Family**
**Services, Inc.,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Richard J. Knowles, District Judge**

Acton Law Office, PC
Gregory M. Acton
Albuquerque, NM

for Appellants

Civerolo, Gralow, Hill & Curtis, P.A.
Lisa Entress Pullen
Albuquerque, NM

for Appellees

# MEMORANDUM OPINION

**KENNEDY, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

DISMISSED.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Chief Judge**

_____
**TIMOTHY L. GARCIA, Judge**